NUMBER13-06-440-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________ _______ 


IN RE: JOE WILLIAMSON CONSTRUCTION COMPANY

___________________________________________________________ __ 



On Petition for Writ of Mandamus


___________________________________________________________ _ 


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Memorandum Opinion Per Curiam



 Relator, Joe Williamson Construction Company, filed a petition for writ of
mandamus on August 4, 2006. The Court, having examined and fully considered the
petition for writ of mandamus with appendix, the response filed by real party in
interest Raymondville Independent School District, and relator's reply to the response
is of the opinion that relator has not shown itself entitled to the relief sought. See
Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4) (Vernon Supp. 2006) (providing that
an appeal can be taken from an interlocutory order of a district court that grants a
temporary injunction). Accordingly, relator's petition for writ of mandamus is denied. 
See Tex. R. App. P. 52.8(a).

 Furthermore, on August 4, 2006, this Court granted relator's motion to stay the
trial court's order of July 17, 2006, setting the trial "on the 6th of Sept. 2006 at 9
o'clock a[.]m. with announcements on Aug. 31, 2006 at 9 o'clock a[.]m," in cause
number C-738-06-C in Hidalgo County. Having denied the petition, the stay is hereby
lifted.

 PER CURIAM

Memorandum Opinion delivered and filed

this 18th day of September, 2006.